IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| PLAINTIFF, | : |
| | : |
| v. | :  NO. 13-cv-218-JPG-DGW |
| | : |
| $9,035.00 IN UNITED STATES CURRENCY, | : |
| | : |
| DEFENDANT. | : |

## **JUDGMENT AND DECREE FOR FORFEITURE**

A default having been entered as to Quintrell Coleman, Willie Butler, and all interested parties in the above case on the 7th day of August, 2013, [Doc. 9] all in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, and counsel for plaintiff having requested judgment against the defaulted defendants and having filed a proper motion with me as to the requested relief;

On the 5th day of March, 2013, a Verified Complaint for Forfeiture against the defendant, further described as:

**$9,035.00 in United States Currency**

was filed on behalf of the plaintiff, United States of America.  The Complaint alleges that the property constitutes money furnished or intended to be furnished by a person in exchange for a controlled substance, or proceeds traceable to such an exchange, or money used to facilitate a violation of 21 U.S.C. § 801 *et seq.*

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a warrant of arrest issued by this Court, the Bureau of Alcohol, Tobacco, Firearms and Explosives for this District seized the property on August 20, 2013;

That notice of this action was also published on an official government website

(www.forfeiture.gov) for at least 30 consecutive days, beginning April 6, 2013.

That Quintrell Coleman, Willie Butler, and all interested parties were defaulted on the 7th day of August, 2013, [Doc. 9];

Now, therefore, on motion of the plaintiff, United States of America, for a Judgment and Decree of Forfeiture, the property, further described as:

**$9,035.00 in United States Currency**

is hereby ordered forfeited to the United States of America and no right, title or interest in the property shall exist in any other party.   The defendant property shall be disposed of according to law by the United States Marshal.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff, United States of America, and against the defendant as described above.


**DATE:   August 30, 2013**

                                              s/J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **United States District Judge**